# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00424-CV

---

**In re Texas House Republican Caucus PAC, Senator Brandon Creighton (SD 4), Senator Larry Taylor (SD 11), Senator Pete Flores (SD 19), Rep. Cody Harris (HD 8), Justin Berry (HD 47), Rep. Phil King (HD 61), Rep. Phil Stephenson (HD 85), Rep. Candy Noble (HD 89), Rep. Dan Huberty (HD 127), Rep. Jim Murphy (HD 133), Rep. Valoree Swanson (HD 150), Republican Party of Harris County, Republican Party of Travis County, and Republican Party of Tarrant County**

---

### ORIGINAL PROCEEDING

---

## D I S S E N T I N G   O P I N I O N

For the reasons expressed in my dissent to the Court's decision in *In re the National Republican Congressional Committee and Van Taylor*, No. 03-20-00421-CV, and *In re Republican Party of Travis County, Texas*, No. 03-20-00422-CV, I respectfully dissent from the Court's opinion in this case.

_____
Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Kelly

Filed: August 25, 2020